# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In re FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION** | ) This Document Pertains to all Cases ) ) MDL DOCKET NO. 1718 ) ) Judge Bernard A. Friedman ) Magistrate Judge Steven Whalen ) |

## REVISED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS FOURTH AMENDED MASTER COMPLAINT

This Court entered on September 29, 2009, its Opinion and Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Fourth Amended Master Complaint (docket #328). This Revised Order, entered by stipulation of the parties, is intended to clarify the Court's Order to more accurately reflect its rulings, and is not intended to modify in any respect the Opinion.

Accordingly, Section V, page 22 of the September 29 Opinion and Order is hereby stricken, and in lieu thereof:

IT IS ORDERED that Defendant's Motion to Dismiss Count I is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Count II is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Count III is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Plaintiffs' claims for the value of their vehicles which included the allegedly defective SCD Switch in the following states is GRANTED:  Florida, Georgia, Illinois, Michigan, Mississippi, New Jersey, North Carolina, and Texas.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Plaintiffs' claims for the value of their vehicles in the following states is DENIED WITHOUT PREJUDICE:  New Jersey and Oklahoma.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss claims not asserted and defendants not named in Plaintiff's Fourth Amended Master Complaint is GRANTED.

SO ORDERED.

                                            s/Bernard A. Friedman  
                                            BERNARD A. FRIEDMAN  
                                            UNITED STATES DISTRICT  JUDGE

DATED:     October 27, 2009  
               Detroit, Michigan

*Stipulated as to form:*

| | |
|---|---|
| /s/ Cory S. Fein (with permission) | /s/ Andrew J. McGuinness |
| Michael A. Caddell | Andrew J. McGuinness (P42074) |
| (mac@caddellchapman.com) | (amcguinness@dykema.com) |
| Cory S. Fein | Jeffrey R. Miller (P69839) |
| (csf@caddellchapman.com) | (jmiller@dykema.com) |
| CADDELL & CHAPMAN | DYKEMA GOSSETT PLLC |
| 1331 Lamar, Suite 1070 | 2723 South State Street, Suite 400 |
| Houston, TX 77010-3027 | Ann Arbor, Michigan  48104 |
| Telephone: (713) 751-0400 | Telephone:(734) 214-7614 |
| Facsimile:  (713) 751-0906 | Facsimile: (734) 214-7696 |
| *Co-Lead Counsel for Plaintiffs* | *Attorneys for Defendant Ford Mot* |

AA01\236952:05-md-01718-BAF   Doc # 342   Filed 10/27/09   Pg 3 of 3   Pg ID 3599
ID\AJM - 098084/0002